■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE JOE BROWN, Appellant. [637 NYS2d 761] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered November 1, 1993, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant received his agreed-upon sentence, and may not now complain of its excessiveness (see, People v Kazepis, 101 AD2d 816). The defendant's challenges to the restitution provision of his sentence are unpreserved for appellate review

*(see,* CPL 470.05 [2]) and, in any event, without merit considering that the restitution ordered was a condition of the defendant's plea of guilty *(see, e.g., People v Lugo,* 191 AD2d 648; *People v Moore,* 176 AD2d 968; *cf, People v Cisco,* 208 AD2d 643).

Appellate review of the remaining issue raised by the defendant was effectively waived by him as part of his plea agreement *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Rosenblatt, J. P., O'Brien, Pizzuto and Goldstein, JJ., concur.